[No. 40792-2-II.   Division Two.   December 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALLAN GUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00529-4, Gordon Godfrey, J., entered April 26, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 41249-7-II.   Division Two.   December 6, 2011.]

SHAWN D. GREENHALGH, *Appellant*, v. THE OFFICE OF THE ATTORNEY GENERAL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02706-3, Wm. Thomas McPhee, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 41446-5-II.   Division Two.   December 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN GAYLEN CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00525-2, Ronald E. Culpepper, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 28078-1-III.   Division Three.   December 6, 2011.]

AMERICAN STATES INSURANCE COMPANY, *Respondent*, v. PHOUKEO NAMMATHAO, *Individually and as Guardian*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-2-01481-8, Craig J. Matheson, J., entered April 10, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.